UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Halid J.,

    Petitioner,

vs.

Kristjen Nielsen, et al.,

    Respondents.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civil No. 19-299 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated June 17, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. After an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Halid J.'s Petition for a Writ of Habeas Corpus, [Docket No. 1], is **DENIED as moot**.

2. That this matter is **DISMISSED without prejudice**.

3. Let Judgment be entered accordingly.

DATED: 7/9/19　　　　　　　　　　　　　　　 s/Patrick J. Schiltz
At Minneapolis, Minnesota　　　　　　　　　　Patrick J. Schiltz, Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court